1  RYAN C. WOOD (SB #232267)
   ryan.wood@stoel.com
2  STOEL RIVES LLP
   500 Capitol Mall, Suite 1600
3  Sacramento, CA  95814
   Telephone:  916.447.0700
4  Facsimile:  916.447.4781

5  Attorney for Defendant
   Sandy Phillips dba Soley Performance Limited
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND COURTHOUSE

11 | KIRSTIN RIDGWAY,                               | Case No. 4:18-cv-07822-DMR
12 |                  Plaintiff,                    | NOTICE OF MOTION AND MOTION
                                                     TO DISMISS COMPLAINT
13 |           v.
                                                     Hearing:
14 | SANDY PHILLIPS, individually and doing          Date:    February 26, 2019
   | business as SOLEY PERFORMANCE                   Time:    11:00 a.m.
15 | LIMITED,                                        Courtroom 4 - 3rd Floor
                                                     Magistrate Judge Donna M. Ryu
16 |                  Defendant.

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on February 26, 2019, at 11:00 a.m. or as soon thereafter as the matter may be heard before the Honorable Donna M. Ryu in Courtroom 4 - 3rd Floor of the United States District Court for the Northern District of California, located at 1301 Clay Street, Oakland, California 94612, Defendant Sandy Phillips ("Defendant") will and hereby does move this Court to dismiss the Complaint of Plaintiff Kirstin Ridgway ("Plaintiff") in the above-referenced action for the reasons set forth in the accompanying Memorandum of Points and Authorities and herein.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Sandy Phillips, the [Proposed] Order, the pleadings and files in this action, and any further briefs, evidence, authorities, or argument, presented at or before the hearing of this motion.

Dated:  January 7, 2019                STOEL RIVES LLP

                                       By:/s/ Ryan C. Wood
                                          Ryan C. Wood
                                          Attorney for Defendant
                                          Sandy Phillips