RYAN C. WOOD (SB #232267)
ryan.wood@stoel.com
SUNNY S. SARKIS
sunny.sarkis@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

Attorneys for Defendant
Sandy Phillips

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRSTIN RIDGWAY,<br><br>          Plaintiff,<br><br>    v.<br><br>SANDY PHILLIPS,<br><br>          Defendant. | Case No. 4:18-cv-07822-HSG<br><br>ORDER APPROVING STIPULATED REQUEST FOR ORDER TO CHANGE TIME |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

ORDER APPROVING STIPULATED REQUEST FOR ORDER TO CHANGE TIME

-1-

4:18-CV-07822-HSG

100950155.1 0069202-00001

The Court, having considered the STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO N.D. CAL. LOCAL RULE 6-2, jointly submitted by Plaintiff Kirstin Ridgway and Defendant Sandy Phillips, hereby ORDERS as follows:

1. The April 9, 2019 Case Management Conference is continued to April 18, 2019 at 2:00 p.m. to be held with the hearing on the Motion to Dismiss;

2. The April 2, 2019 deadline for filing Case Management Statement is continued to April 11, 2019; and

3. The deadline for filing the Federal Rule 26(f) Report and exchange of initial disclosures is continued to April 11, 2019.

Dated: March 27, 2019

*Haywood S. Gilliam Jr.*
Honorable Haywood S. Gilliam, Jr.
U.S. District Judge for U.S. District Court,
Northern District of California

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

ORDER APPROVING STIPULATED REQUEST
FOR ORDER TO CHANGE TIME

-2-

4:18-CV-07822-HSG

100950155.1 0069202-00001