RYAN C. WOOD (SB #232267)
ryan.wood@stoel.com
SUNNY S. SARKIS (SB #258073)
sunny.sarkis@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

Attorneys for Defendant
Sandy Phillips

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KIRSTIN RIDGWAY, | Case No. 4:18-cv-07822-HSG |
|---|---|
| Plaintiff, | ~~PROPOSED~~ ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| SANDY PHILLIPS, | Date: May 7, 2019 |
| Defendant. | Time: 2:00 p.m. |
| | Crtrm: 2, 4th Floor |

Good cause appearing, the request of Counsel for Defendant Sandy Phillips to appear telephonically at the initial case management conference scheduled for May 7, 2019, is GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Dated: _____5/1/2019_____

*[signature: Haywood S. Gilliam, Jr.]*
Hon. Haywood S. Gilliam, Jr.
United States District Judge