Ira Leshin, State Bar No. 139768
LAW OFFICES OF IRA LESHIN
21 Tamal Vista Blvd., Suite 209
Corte Madera, CA 94925
Tel: (415) 399-1000
Email: ira@iraleshinlaw.com

Attorneys for Plaintiff,
KIRSTIN RIDGWAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KIRSTIN RIDGWAY. <br><br> Plaintiff, <br><br> vs. <br><br> SANDY PHILLIPS, an individual; SOLEY PERFORMANCE LIMITED, a private limited liability company incorporated in England, <br><br> Defendants. | CASE NO. 18-cv-07822-HSG <br><br> **ORDER** |

This matter came before the Court on Plaintiff's Administrative motion to extend the time for the Plaintiff to file and serve an opposition to the Defendant's Motion to Dismiss and Motion to Strike. Having considered the request by the Plaintiff, the motion is GRANTED. Plaintiff now has until August 16, 2019 to file and serve her Opposition to the Defendant's Motion to Dismiss and Motion to Strike, both scheduled to be heard on December 19, 2019. Defendant's Reply brief is now due on August 23, 2019.

IT IS SO ORDERED.

Date: August 6, 2019

_Haywood S. Gilliam Jr._
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge