1  EDWARD C. DUCKERS (SB #242113)
   ed.duckers@stoel.com
2  STOEL RIVES LLP
   Three Embarcadero Center, Suite 1120
3  San Francisco, CA  94111
   Telephone:  415.617.8900
4  Facsimile:  415.617.8907

5  NICHOLAS D. KARKAZIS (SB #299075)
   nicholas.karkazis@stoel.com
6  STOEL RIVES LLP
   500 Capitol Mall, Suite 1600
7  Sacramento, CA  95814
   Telephone:  916.447.0700
8  Facsimile:  916.447.4781

9  Attorneys for Defendant
   Sandy Phillips
10

11 Ira Leshin, State Bar No. 139768
   LAW OFFICES OF IRA LESHIN
   4040 Civic Center Drive, Suite 200
12 San Rafael, CA 94903
   Tel: (415) 399-1000
13 Email: ira@iraleshinlaw.com

14 Attorneys for Plaintiff
   Kirstin Ridgway

15

16

17

18                     UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 20  KIRSTIN RIDGWAY, | Case No. 4:18-cv-07822-HSG |
| 21           Plaintiff, | STIPULATION FOR ORDER OF DISMISSAL AND ~~PROPOSED~~ ORDER |
| 22      v. | |
| 23  SANDY PHILLIPS, an individual; SOLEY PERFORMANCE LIMITED, a private limited liability company incorporated in England, | |
| 24 | |
| 25           Defendants. | |

26

27

28

This Stipulation is entered into by and between Plaintiff Kirstin Ridgway ("Plaintiff") and Defendant Sandy Phillips ("Defendant") by and through their respective counsel of record:

WHEREAS, Plaintiff resides in the United States of America, and Defendant resides in the United Kingdom.

WHEREAS, on November 28, 2018, Plaintiff filed suit for breach of contract, etcetera, in the Superior Court of California, County of Sonoma, case no. SCV263596, against Defendant ("the Action"), purportedly in her individual capacity and doing business as Soley Performance Limited.

WHEREAS, on December 31, 2018, Defendant removed the Action to the United States District Court for the Northern District of California, case no. 3:18-cv-07822.

WHEREAS, on March 18, 2020, the United States District Court for the Northern District of California ruled on a motion for summary judgment filed by Defendant and dismissed Soley Performance Limited from the action and dismissed the claims for fraud and imposition of constructive trust and accounting.

WHEREAS, the Parties dispute the terms and conditions of the contract.

WHEREAS, the Parties have reached a Confidential Settlement Agreement of all claims and matters in the Action acknowledging no liability on the part of either party.

THEREFORE:

1. The Parties agreed to execute this Stipulation for Order of Dismissal, wherein the above-entitled Court is requested to retain jurisdiction over the parties following dismissal of the action as provided herein for the purpose of interpretation and enforcement of the terms and conditions of the Confidential Settlement Agreement.

2. The Parties agree that the Action shall be dismissed, with prejudice as to all Parties, including Soley Performance Limited.

3. Pursuant to the Confidential Settlement Agreement and this dismissal, each Party agrees to bear their own attorneys' fees and costs.

Dated: October 2, 2020     STOEL RIVES LLP

By: /s/Edward C. Duckers
Edward C. Duckers
Nicholas D. Karkazis
Attorneys for Defendant Sandy Phillips

Dated: October 2, 2020     LAW OFFICES OF IRA LESHIN

By: /s/Ira Leshin (as authorized on October 2, 2020)
Ira Leshin
Attorneys for Plaintiff Kirstin Ridgway

ATTESTATION OF SIGNATURE:

I attest under penalty of perjury under the laws of the United States of America that I have received the concurrence in the filing of this document from the listed signatories as required by Local Rule 5.1(i)(3).

Dated: October 2, 2020     By: /s/ Edward C. Duckers
Edward C. Duckers

### ~~PROPOSED~~ ORDER

Having reviewed the Parties' Stipulation for Order of Dismissal and Proposed Order ("Stipulation"), and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED AND DECREED, as follows:

1. The Court hereby retains jurisdiction to enforce the Confidential Settlement Agreement referenced in the Stipulation, and the parties are ordered to perform the terms, covenants, and conditions therein contained.

2. The Action is hereby ordered dismissed, with prejudice, as to all parties.

3. Each party to bear its own costs and attorneys' fees.

Dated: October 5, 2020

UNITED STATES DISTRICT JUDGE